UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BLAKE WARNER,

        Plaintiff,

v.

ALCOA ELECTRICAL AGENCY *et al.*,

        Defendants.

NO. C19-1884RSL

ORDER OF REFERENCE

On November 22, 2019, the Honorable Mary Alice Theiler, United States Magistrate Judge, issued a Report recommending denial of plaintiff's application to proceed *in forma pauperis* because his disclosed income and expenses indicated an ability to pay the Court's filing fee. Dkt. # 4. Plaintiff objected to the recommendation and provided additional information regarding both his income and expenditures. Dkt. # 5. This matter is therefore referred back to Judge Theiler for evaluation of plaintiff's additional information in support of his application to proceed without pre-paying fees or costs.

Dated this 6th day of January, 2020.

                                  Robert S. Lasnik
                                  United States District Judge

ORDER OF REFERENCE - 1