UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLAKE WARNER,<br><br>                Plaintiff,<br><br>    v.<br><br>ALCOA ELECTRICAL AGENCY, et al.,<br><br>                Defendants. | CASE NO. C19-1884-RSL<br><br>ORDER GRANTING APPLICATION<br>TO PROCEED IN FORMA PAUPERIS |

      Plaintiff, proceeding pro se in this civil matter, filed a motion to proceed *in forma pauperis* (IFP). (Dkt. 1.) Because it appeared plaintiff had financial resources allowing for payment of the Court's filing fee, the undersigned recommended the motion be denied. (Dkt. 4.) Plaintiff objected to that recommendation and the IFP application and objections were referred back to the undersigned. (Dkts. 5-6.) Now, considering both the original application and the additional information provided, plaintiff's application to proceed IFP (Dkt. 1) is GRANTED. The Clerk of the Court is directed to send a copy of this Order to the parties and to the assigned District Judge.

      DATED this 31st day of January, 2020.

                                            Mary Alice Theiler
                                            United States Magistrate Judge