UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BLAKE L. WARNER,

                    Plaintiff,

          v.

ALCOA ELECTRICAL AGENCY, *et al.*,

                    Defendants.

NO. C19-1884RSL

ORDER

On April 6, 2020, this matter was referred to the Pro Bono Screening Committee for review and possible appointment of pro bono counsel. *See* Dkt. # 12; General Order, August 1, 2010, Section 3(c). The Panel has indicated that it needs an extension of time in which to complete its review of plaintiff's request for court-appointed counsel. The Clerk of Court is therefore directed to renote Mr. Warner's motion for appointment of counsel (Dkt. # 9) on the Court's calendar for Friday, August 7, 2020, to give the Screening Committee time to make its recommendation.

Dated this 7th day of July, 2020.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 1