1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BLAKE L. WARNER,

             Plaintiff,

    v.

ALCOA ELECTRICAL AGENCY, *et al.*,

             Defendants.

NO. C19-1884RSL

ORDER

This matter comes before the Court on plaintiff's "Application for Court-Appointed Counsel." Dkt. # 9. Mr. Warner is proceeding *pro se* and *in forma pauperis*. The Court has discretion to request a court-appointed attorney on Mr. Warner's behalf, see 28 U.S.C. § 1915(e)(1), and this District has implemented a plan for court-appointed representation of civil rights litigants. Pursuant to the plan, the Court reviewed plaintiff's request for counsel and forwarded it to the Pro Bono Screening Committee for further review. See General Order, August 1, 2010, Section 3(c). The Screening Committee recommends that the Court appoint pro bono counsel in this matter for the limited purpose of consulting with Mr. Warner and further evaluating the claims asserted.

Mr. Warner's motion for appointment of counsel is therefore GRANTED. The Pro Bono Coordinator is directed to seek a volunteer from the panel for the limited purpose of consulting with the plaintiff and further evaluating the claims alleged in the Amended Complaint.

ORDER - 1

Following such evaluation, pro bono counsel has the discretion to decide whether to further

represent Mr. Warner with respect to such claim(s).

Dated this 22nd day of July, 2020.

Robert S. Lasnik
United States District Judge

ORDER - 2