UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLAKE L. WARNER,<br><br>        Plaintiff,<br><br>    v.<br><br>ALCOA ELECTRICAL AGENCY, *et al.*,<br><br>        Defendants. | No. 2:19-cv-01884-RSL<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Whereas, the parties have fully compromised and settled the claims and counterclaim in the above-captioned action (the "Action").

NOW, THEREFORE, the parties hereby stipulate that the Action shall be dismissed in its entirety with prejudice and without costs or attorneys' fees to any party.

DATED this 25th day of August, 2021.

| | |
|---|---|
| STOKES LAWRENCE, P.S. | GORDON REES SCULLY MANSUKHANI. LLC |
| By: *s/ Molly A. Terwilliger*<br>    Molly A. Terwilliger, WSBA No. 28449<br>    1420 Fifth Ave, Suite 3000<br>    Seattle, WA 98101<br>    Phone: 206.892.2177<br>    Email: molly.terwilliger@stokeslaw.com<br>*Attorneys for Plaintiff* | By: *s/ Diana P. Danzherger*<br>    Diana P. Danzberger, WSBA No. 24818<br>    Sarah N. Turner, WSBA No. 37748<br>    701 Fifth Avenue, Suite 2100<br>    Seattle, WA 98104<br>    Phone: 206.695.5100<br>    Email: ddanzberger@grsm.com<br>    sturner@grsm.com<br>*Attorneys for Defendant* |

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE
NO. 2:19-cv-01884-RSL – Page 1

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

## **STIPULATED ORDER**

Based on the foregoing Stipulation, and therefore being fully advised, the Court hereby Orders as follows:

It is ordered, adjudged and decreed that this action is dismissed in its entirety with prejudice and without costs or attorneys' fees to any party.

Dated this 1st day of September, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE
NO. 2:19-cv-01884-RSL – Page 2

**STOKES LAWRENCE, P.S.**
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000